FILED'05 JUL 25 07:59USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC LEE PRESLEY, JR., )
)
        Plaintiff, )
) Civil No. 05-612-CO
  v. )
) ORDER
ERICK BERGSTROM, et al., )
)
        Defendants. )
_____)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on May 11, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 22nd day of July, 2005.

/s/ Michael R. Hogan
UNITED STATES DISTRICT JUDGE